UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KETHON LAVERON TRIGGS,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIN COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>    Defendants. | Case No.  13-cv-01223-JST (PR)<br><br>**ORDER OF DISMISSAL** |

On March 19, 2013, plaintiff, a state prisoner incarcerated at the Marin County Jail, filed a civil rights complaint under 42 U.S.C. § 1983 and an application for leave to proceed in forma pauperis (IFP). On the same date, the Court sent plaintiff a notice that his IFP application was not complete because he had not submitted a Certificate of Funds (COF) in Prisoner's Account completed and signed by an authorized officer at the County Jail. In the notice, plaintiff was informed that the case would be dismissed if he did not either pay the filing fee or file an IFP application within twenty-eight days.

The notice was sent to plaintiff at the address he provided to the Court, but on April 8, 2013, it was returned by the postal service as undeliverable because plaintiff was not located at that address. Local Rule 3.11 requires plaintiff to notify the Court of any change in his address, and that his failure to do so within sixty days of a change of address will result in the dismissal of the action. Plaintiff has not provided the Court with a correct address within sixty days of the date the mail was returned as undeliverable. Nor has plaintiff either paid the filing fee or filed an IFP application in the time provided.

/ / /

/ / /

1 Accordingly, this case is DISMISSED without prejudice.

2 The Clerk shall close the file and terminate all pending motions as moot.

3 **IT IS SO ORDERED**.

4 Dated: June 18, 2013

_____
JON S. TIGAR
United States District Judge

2